## 20370. McIntire et al. v. Raskin.

JENKINS, P. J. The former judgment of this court in this case (*McIntire* v. *Raskin*, 42 *Ga. App.* 303, 155 S. E. 799), having been reversed by the Supreme Court on certiorari (173 *Ga.* 746), the judgment of affirmance heretofore entered is vacated, and the judgment of the trial court is reversed. *Judgment reversed. Stephens and Bell, JJ., concur.*

DECIDED DECEMBER 17, 1931.

*F. H. O'Connor, McIntyre, Walsh & Bernstein,* for plaintiffs in error.

*Jacob Gazan,* contra.